UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CATHLEEN BRYANT,  )<br>        Plaintiff,  )<br>                      )<br>   v.  )<br>                      )<br>ASSET ACCEPTANCE LLC,  )<br>ASSET ACCEPTANCE CAPITAL CORP.,  )<br>LAURA JAMES, TRANS UNION LLC,  )<br>EXPERIAN INFORMATION SOLUTIONS, INC.,  )<br>        Defendants. | **JUDGMENT**<br><br>No. 5:09-CV-118-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of defendant Experian Information Solutions, Inc.'s renewed motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Experian's renewed motion to dismiss is ALLOWED. It is hereby ORDERED that plaintiff's claims against Experian are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that as all other defendants have been dismissed by joint stipulation, this case is closed.

**This judgment filed and entered on October 6, 2010, and served on:**

Cathleen Bryant (via U.S. Mail)
Caren D. Enloe (via CM/ECF Notice of Electronic Filing)
Joseph W. Williford (via CM/ECF Notice of Electronic Filing)
Allyson Pierce Lawless (via CM/ECF Notice of Electronic Filing)
Julian H. Wright, Jr. (via CM/ECF Notice of Electronic Filing)
Kacy G. Romig (via CM/ECF Notice of Electronic Filing)

October 6, 2010                            /s/ Dennis P. Iavarone
                                                             Clerk of Court